AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Harold S Correos

                       Plaintiff,

   v.

Western Progressive - Nevada - Inc. et al

                      Defendants.

### JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00593-CDS-EJY

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendants against Plaintiff.

6/7/2023
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ J. Callo
_____
Deputy Clerk